# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:2:15-mj-00525-NJK |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE BENCH TRIAL |
| RALLY C. HAYES, ) | (First Request) |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for defendant **RALLY C. HAYES**, that the bench trial in the above-captioned matter, currently scheduled for September 2, 2015, at the hour of 9:00 a.m., be vacated and continued until October 7, 2015 or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are trying to resolve this matter and need additional time to do so.
2. Defendant is out of federal custody and agrees to the continuance.
3. Denial of this request for continuance could result in a miscarriage of justice.

. . .

4.     There has been no previous request for continuance of the bench trial granted herein.

DATED this 31st day of August, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nisha Brooks-Whittington            /s/ Nadia Ahmed

NISHA BROOKS-WHITTINGTON, AFPD          NADIA AHMED
Counsel for defendant                   Special Assistant United States Attorney
**RALLY C. HAYES**

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:15-mj-00525-NJK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| ) | BENCH TRIAL |
| vs. ) | |
| ) | |
| RALLY C. HAYES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for September 2, 2015, at the hour of 9:00 a.m., be vacated and continued to October 7, 2015, at the hour of 9:00 a.m.

DATED this 31st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3